IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MAKEBA LITTLE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:20-cv-0017 |
| | ) | |
| V. | ) | JURY TRIAL DEMANDED |
| | ) | |
| CROSSVILLE, INC. | ) | Judge Waverly D. Crenshaw, Jr. |
| | ) | Magistrate Judge Alistair Newbern |
| Defendant. | ) | |

## JOINT REPORT OF PARTIES

Come now the parties by and through their respective counsel, and in compliance with the Case Management Order entered in this matter (Docket Entry # 17) would state unto the Court that they are continuing to make a good faith effort to resolve this matter. The parties are in the very early stages of discovery considering that the discovery deadline does not expire until May 15, 2021. In addition, both counsel for plaintiff and defendant have been out of the office for extended periods of time due to COVID-related issues. While preliminary settlement negotiations have begun, the parties anticipate more substantive discussions in the very near future, once additional discovery has been exchanged.

Respectfully submitted this the 18th day of December, 2021.

/s/ Susan M. Palmer
Susan M. Palmer, #31607
Sue Palmer & Associates PLLC
301 Demonbreun Street, #805
Nashville, TN 37201
(615) 927-0498
(610) 592-0055 (Fax)
sue@suepalmerlaw.com
*Attorneys for Plaintiff Makeba Little*

/s/ Mary Dee Allen
Mary Dee Allen, #15614
Wimberly Lawson Wright Daves & Jones
1420 Neal Street, Suite 20
Cookeville, TN 38501
(931) 372-9123
mallen@wimberlylawson.com
*Attorneys for Defendant Crossville, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of December 2020, a true and correct copy of the foregoing has been filed with the court and served via ECF as follows:

Mary Dee Allen, #15614
Wimberly Lawson Wright Daves & Jones
1420 Neal Street, Suite 201
Cookeville, TN 38501
(931) 372-9123
mallen@wimberlylawson.com
*Attorneys for Defendant Crossville, Inc.*

_SMPalmer_____
Susan M. Palmer