IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MAKEBA LITTLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:20-cv-00017 |
| CROSSVILLE, INC., | ) |
| Defendant. | ) |

## **MOTION TO ACCEPT LATE FILING DUE TO TECHNICAL DIFFICULTIES**

Comes now the Defendant Crossville, Inc., by and through counsel, and pursuant to Rule 6(b)(1)(B), requests that this Honorable Court allow the filing of the Motion for Summary Judgment, Memorandum in Support, Statement of Material Undisputed Facts and Exhibits which were filed a few hours late.

In support whereof, Defendant would state unto the Court that she attempted to file said documents on Friday August 27, 2021 but had difficulties accessing the court's electronic filing system. Because the difficulties arose after business hours, she was unable to obtain assistance but located her assistant's ECF manual and was finally able to get the documents filed on another but at midnight and after. The late filings will not impact any other deadlines in this matter as they were submitted to the opposing party via the electronic system in the wee hours of August 28 and only a few hours late.

Wherefore, for the foregoing reasons, the undersigned requests that this Honorable Court allow the late filings.

Respectfully Submitted, this the 28th day of August, 2021.

s/Mary Dee Allen
Mary Dee Allen, BPR #15614
For Wimberly Lawson Wright Daves
& Jones, PLLC
1420 Neal Street, Suite 201
P.O. Box 655
Cookeville, Tennessee 38503-0655
(931) 372-9123

*Attorney for Crossville, Inc.*

**CERTIFICATE OF SERVICE**

    I, hereby certify on August 28, 2021, a copy of the foregoing Motion to Accept Late Filing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to Susan M. Palmer, Attorney for Plaintiff, P.O. Box 219, Franklin, TN 37065. Parties may access this filing through the Court's electronic filing system.

/s/Mary Dee Allen
Mary Dee Allen